UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MARGO JONES, an individual,<br><br>                              Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY CONNECT INSURANCE AGENCY, INC., a foreign insurance company, and VANESSA ORTIZ, an individual,<br><br>                              Defendants. | No. 2:25-cv-02284 JHC<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL<br><br>NOTED FOR: 01/06/2026 |

## STIPULATION

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs, with each party to bear their own attorneys' fees and other litigation expenses.

DATED this  6th  day of  January , 2026.

                               *s/ Scott Shawver*
                               Scott Shawver, WSBA #24048
                               GLP ATTORNEYS, P.S., INC.
                               2601 Fourth Avenue, Floor 6
                               Seattle, WA 98121
                               206-448-1992 T | 206-448-4640 F
                               sshawver@glpattorneys.com
                               Attorney for Plaintiff

STIPULATED MOTION AND ORDER OF
DISMISSAL (Cause No. 2:25-cv-02284 JHC) – 1

1
2
3   *s/ Lesli S. Wood*
    Lesli S. Wood, WSBA #36643
4   WILSON SMITH COCHRAN DICKERSON
    1000 Second Ave., Suite 2050
5   Seattle, WA 98104
    206-623-4100 T | 206-623-9273
6   wood@wscd.com
    Attorneys for Defendant Ortiz
7
8
9
10
11              ORDER OF DISMISSAL

12   Based on the above stipulation, IT IS SO ORDERED.

13   DATED this 6th day of January, 2026.

14
15
                    _____
16                  John H. Chun
                    United States District Judge
17
18
19
20
21
22
23
24
25
26

STIPULATED MOTION AND ORDER OF
DISMISSAL (Cause No. 2:25-cv-02284 JHC) – 2